

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY ALSTON, KEVIN COLLIER, and BRAD AUGUNAS, | |
| | CIVIL ACTION |
| | NO. 2:07-cv-03508-JG |
| Plaintiffs, | |
| v. | |
| COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS INC. and BALBOA REINSURANCE COMPANY, | |
| Defendants. | |

## [~~PROPOSED~~] ORDER

Having reviewed the stipulation of counsel, the proposed briefing schedule is hereby approved. Defendants' Revised Brief in Support of the Motion to Dismiss shall be filed on or before November 9, 2007. Plaintiffs' Revised Brief in Opposition to the Motion to Dismiss shall be filed on or before November 30, 2007. Defendants' Revised Reply Brief in Support of the Motion to Dismiss shall be filed on or before December 6, 2007. A hearing on the Motion to Dismiss shall be held along with other motions on a date yet to be set.

Dated: October 29, 2007

_____
Honorable James T. Giles
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY ALSTON, KEVIN COLLIER and BRAD AUGUNAS, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS INC. and BALBOA REINSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION <br> NO. 2:07-cv-03508-JG |

## STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS

WHEREAS, on May 3, 2007, when this case was pending in the U.S. District Court for the Central District of California, Defendants filed a Motion to Dismiss the First Amended Class Action Complaint ("Motion to Dismiss");

WHEREAS, after the Motion to Dismiss was fully briefed, the U.S. District Court for the Central District of California (King, J.) ordered the case transferred to the U.S. District Court for the Eastern District of Pennsylvania without resolving the issues raised by the Motion to Dismiss other than venue;

WHEREAS, the parties participated in a conference call with this Court on October 15, 2007 during which the Court requested that the parties submit further briefs in connection with the Motion to Dismiss -- limited to the remaining issues before the Court and with citation to appropriate Third Circuit and Eastern District of Pennsylvania authority;

LIBW/1659858.1

WHEREAS, during the conference call, the parties agreed to negotiate a stipulated briefing schedule which would permit the Motion to Dismiss to be heard on or before December 20, 2007;

Therefore, it is stipulated by and between counsel of record that the Motion to Dismiss shall be submitted on the following schedule:

| | |
|---|---|
| Defendants' Revised Brief in Support of the Motion to Dismiss | November 9, 2007 |
| Plaintiffs' Revised Brief in Opposition to the Motion to Dismiss | November 30, 2007 |
| Defendants' Revised Reply Brief in Support of the Motion to Dismiss | December 6, 2007 |
| Hearing on Motion to Dismiss | December ___, 2007 |

SO STIPULATED:

_/s/ Martin C. Bryce, Jr._
Martin C. Bryce, Jr. (I.D. No. 59409)
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

_/s/ Edward W. Ciolko_ /per MCB with permission
Joseph H. Meltzer
Edward W. Ciolko
Mark K. Gyandoh
Joseph A. Weeden
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087

OF COUNSEL:

Goodwin Procter LLP
Thomas M. Hefferon
David L. Permut
901 New York Avenue, N.W.
Washington, DC 20001

OF COUNSEL:

Schiffrin Barroway Topaz & Kessler, LLP
Alan R. Plutzik
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598