# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY ALSTON, et al. | CIVIL ACTION |
| VS. | |
| COUNTRYWIDE FINANCIAL CORPORATION, et al. | NO. 07-cv-3508 |

## ORDER

**AND NOW**, this **23rd** day of **NOVEMBER, 2009**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable James T. Giles to the calendar of the Honorable Juan R. Sanchez.

FOR THE COURT:

**HARVEY BARTLE III**
**Chief Judge**

ATTEST:

/s/ Michael E. Kunz
MICHAEL E. KUNZ
**Clerk of Court**