IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY ALSTON, KEVIN COLLIER, BRAD AUGUNAS, JOVAN JACOBS and FERMIN MARTINEZ, | : : : : | CIVIL ACTION NO. 2:07-cv-03508-JS |
| Plaintiffs, | : : | |
| v. | : : | |
| COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS INC. and BALBOA REINSURANCE COMPANY, | : : : : : | |
| Defendants. | : | |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER
PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

Plaintiffs Mary Alston, Kevin Collier and Brad Augunas ("Plaintiffs") and Defendants Countrywide Financial Corporation, Countrywide Home Loans Inc. and Balboa Reinsurance Company ("Defendants"), by and through their respective counsel, hereby stipulate to an extension of time for Defendants to answer Plaintiffs' First Amended Class Action Complaint ("FAC") until December 23, 2009, pursuant to Local Rule 7.4.

1.  On October 28, 2009, the United States Court of Appeals for the Third Circuit adjudged and ordered that the October 1, 2008 Order of the District Court granting Defendants' Motion to Dismiss the FAC and dismissing this case for lack of jurisdiction is reversed.

2.  On November 19, 2009, the Order of the Third Circuit was docketed in the District Court.

3.  Local Rule 7.4(b)(2) permits written stipulations of counsel for an extension of time to answer not exceeding thirty (30) days if no such prior extension has been granted. This

stipulated extension is for less than thirty (30) days and no prior extension of time to answer the FAC has been granted.

                Respectfully Submitted,

| | |
|---|---|
| /s/ Thomas M. Hefferon | /s/ Edward W. Ciolko |
| Thomas M. Hefferon (pro hac vice) | Joseph H. Meltzer, Esq. |
| David L. Permut (pro hac vice) | Edward W. Ciolko, Esq. |
| GOODWIN PROCTER LLP | Mark K. Gyandoh, Esq. |
| 901 New York Avenue, NW | Joseph A. Weeden, Esq. |
| Washington, DC 20001 | BARROWAY TOPAZ KESSLER |
| 202-346-4000 | MELTZER & CHECK, LLP |
| | 280 King of Prussia Road |
| Martin C. Bryce, Jr. | Radnor, PA 19087 |
| BALLARD SPAHR ANDREWS & INGERSOLL, LLP | 610- 667- 7706 |
| 1735 Market Street, 51st Floor | Alan R. Plutzik |
| Philadelphia, PA 19103 | BRAMSON PLUTZIK MAHLER & BIRKHAEUSER LLP |
| 215-864-8238 | 2125 Oak Grove Blvd., Suite 120 |
| Attorneys for Defendants | Walnut Creek, CA 94598 |
| COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; BALBOA REINSURANCE COMPANY | 925-945-0200 |
| | Attorneys for Plaintiffs |

        Andrew L. Berke, Esq.
        BERKE, BERKE & BERKE
        420 Frazier Avenue
        Chattanooga, TN 37402
        423-266-5171

        Eric G. Calhoun, Esq.
        TRAVIS & CALHOUN, P.C.
        1000 Providence Towers East
        5001 Spring Valley Road
        Dallas, Texas 75244
        972-934-4100

        Attorneys for Plaintiffs
        MARY ALSTON; KEVIN COLLIER; BRAD AUGUNAS

Dated: December 3, 2009